AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | |
|---|---|
| WINDSOR VENTURE CORP., ASSET CO. FREIGHT BROKERS, INC., SUNSHIP INC., and FREIGHT HUB CORP. <br><br> *Plaintiff(s)* <br><br> v. <br><br> AGRICULTURAL LOGISTICS LLC, AGRICULTURAL TRANSPORT PAYROLL INC., JACOB SAM, and MATTHEW GORKA, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Agricultural Transport Payroll, Inc.
62 Franklin Ave.
Dunkirk NY 14048

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David D. Lin
Lewis & Lin, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
 Phone: (718) 243-9323
Email: david@iLawCo.com

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                            *Signature of Clerk or Deputy Clerk*