AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| WINDSOR VENTURE CORP., ASSET CO. FREIGHT BROKERS, INC., SUNSHIP INC., and FREIGHT HUB CORP.<br><br>*Plaintiff(s)*<br><br>v.<br><br>AGRICULTURAL LOGISTICS LLC, AGRICULTURAL TRANSPORT PAYROLL INC., JACOB SAM, and MATTHEW GORKA,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jacob Esau Sam
1896 King Rd
Forestville, NY 14062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David D. Lin
Lewis & Lin, LLC
**77 Sands Street, 6th Floor**
Brooklyn, NY 11201
Phone: (718) 243-9323
Email: david@iLawCo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                       *Signature of Clerk or Deputy Clerk*