**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WINDSOR VENTURE CORP, ASSET CO. FREIGHT BROKERS, INC., SUNSHIP INC., and FREIGHT HUB CORP., <br><br> *Plaintiffs,* <br><br> against <br><br> AGRICULTURAL LOGISTICS LLC, AGRICULTURAL TRANSPORT PAYROLL INC., JACOB SAM, and MATTHEW GORKA, <br> *Defendants.* | Case No. 1:24-cv-00688 <br><br> **JUDGE GEOFFREY W. CRAWFORD** <br><br> **AFFIRMATION OF COMPLIANCE WITH ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

David D. Lin, an attorney duly admitted to practice law before this Court, affirms the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner at Lewis & Lin, LLC, former counsel of record for Plaintiffs WINDSOR VENTURE CORP., ASSET CO. FREIGHT BROKERS, INC., SUNSHIP INC., and FREIGHT HUB CORP. (collectively, "Plaintiffs") in the above-captioned matter.

2. By Order dated June 18, 2026, this Court granted the motion of Lewis & Lin, LLC to withdraw as counsel for Plaintiffs (the "Order").

3. In compliance with the Order, an employee of my firm caused a true and correct copy of the Order to be delivered to each Plaintiff as follows:

   a) **WINDSOR VENTURE CORP.** at 6650 Pine Tree Lane, Miami Beach, FL 33141 via FedEx standard overnight delivery, on July 9, 2026, at approximately 12:23 PM EST.

b) **ASSET CO. FREIGHT BROKERS, INC.**, at 6650 Pine Tree Lane, Miami Beach, FL 33141, via FedEx standard overnight delivery, on July 9, 2026, at approximately 12:23 PM EST.

c) **SUNSHIP INC.** at 6650 Pine Tree Lane, Miami Beach, FL 33141, via FedEx standard overnight delivery, on July 9, 2026, at approximately 12:23 PM EST and at 3909 Garden Avenue Unit 1, Miami Beach, FL 33140, via FedEx standard overnight delivery, on July 9, 2026, at approximately 1:36 PM EST.

d) **FREIGHT HUB CORP.** at 6650 Pine Tree Lane, Miami Beach, FL 33141, via FedEx standard overnight delivery, on July 9, 2026, at approximately 12:23 PM EST.

4. To the best of my knowledge, the addresses listed above represent the last known addresses of Plaintiffs on file with this firm.

5. This affirmation is submitted to confirm compliance with the Court's Order and to notify the Court that Plaintiffs have received notice of the withdrawal of Lewis & Lin, LLC as counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2026
Brooklyn, New York

David D. Lin, Esq.
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: david@iLawco.com